UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Anthony W. Ishii
United States District Judge
Fresno, California

                            RE:    MARCELO BELTRAN MARROQUIN
                                  Docket Number:   1:04CR05087-01
                                  PERMISSION TO TRAVEL
                                  OUTSIDE THE COUNTRY

Your Honor:

The releasee is requesting permission to travel to Los Llanos, Guerrero, Mexico.  He is current with all supervision obligations, has been making monthly restitution payments, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On May 16, 2005, the releasee was sentenced for the offense(s) of Conspiracy to Commit Mail Fraud.

**Sentence imposed:**  21 months BOP; 36 months TSR; $100 SA; $697,359 restitution

**Dates and Mode of Travel:**  One week travel in January/February, to be determined upon availability of air flight accommodations

**Purpose:**  To visit his wife and family who reside there.

                                          Respectfully Submitted,

                                          /s/ Hubert J. Alvarez

                                      **HUBERT J. ALVAREZ**
                                      **Senior United States Probation Officer**

**DATED:**        January 9, 2007
                  Fresno, California
                  HJA; mb

RE:     **MARCELO BELTRAN MARROQUIN**
        **Docket Number:   1:04CR05087-01**
        **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**


**REVIEWED BY:**     /s/ Bruce Vasquez
                    **BRUCE A. VASQUEZ**
                    **Supervising United States Probation Officer**


**ORDER OF THE COURT:**

Approved      ✖                              Disapproved _____

IT IS SO ORDERED.

**Dated:   January 11, 2007**                    /s/ Anthony W. Ishii
0m8i78                                          UNITED STATES DISTRICT JUDGE